```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23082
  MICHAEL F HELLINGER
  TINA R HELLINGER                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-5009    SSN XXX-XX-0636


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/09/07 .

   2.  The case was dismissed without confirmation, 08/01/2008.

   3.  The Debtor paid a total of $    6197.00 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------
GMAC RESCAP LLC            UNSECURED      NOT FILED         .00         .00
GMAC RESCAP LLC            NOTICE ONLY    NOT FILED         .00         .00
LITTON LOAN SERVICING IN   UNSECURED      NOT FILED         .00         .00
LITTON LOAN SERVICING IN   NOTICE ONLY    NOT FILED         .00         .00
GMAC PAYMENT CENTER        SECURED VEHIC     504.00         .00      504.00
ILLINOIS DEPT REVENUE      PRIORITY       NOT FILED         .00         .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED         .00         .00
CAPITAL ONE BANK           UNSECURED      NOT FILED         .00         .00
EDWARD HOSPITAL            UNSECURED      NOT FILED         .00         .00
ILLINOIS DEPARTMENT OF R   UNSECURED      NOT FILED         .00         .00
INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED         .00         .00
JAMES DAVIS MD             UNSECURED      NOT FILED         .00         .00
DENTAL CARE OF OAK PARK    UNSECURED      NOT FILED         .00         .00
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED         .00         .00
SPRINT NEXTEL              UNSECURED      NOT FILED         .00         .00
SPRINT                     UNSECURED      NOT FILED         .00         .00
          Summary of disbursements:
--------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED     OTHER        TOTAL

TOTAL CLMS ALLOWED     504.00          .00          .00        .00       504.00
PRINCIPAL PAID         504.00          .00          .00        .00       504.00
INTEREST PAID             .00          .00          .00        .00          .00
TOTAL PAID             504.00          .00          .00        .00       504.00
The Debtor's attorney, LINDA M HOLZRICHTER          , was allowed $   3500.00
and was paid $   1750.00   direct and $   1750.00   through the plan.

The Trustee received $    131.50 .

Refunds to the Debtor totaled $    3811.50 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE